# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIUS BLOODSAW,<br><br>    Petitioner,<br><br>        v.<br><br>T. OCHOA, Warden,<br><br>    Respondent. | Case No. CV 10-4366 GHK (JCG)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DENYING CERTIFICATE OF APPEALABILITY** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition ("Petition"), the Magistrate Judge's Report and Recommendation, Petitioner's Objections to the Report and Recommendation, and the remaining record, and has made a *de novo* determination.

Petitioner's Objections parrot and rehash the arguments made in the Petition and Reply, and Petitioner's attempts to distinguish *Swarthout v. Cooke*, 131 S.Ct. 859 (2011) lack merit for the reasons set forth in the Report and Recommendation.

Accordingly, IT IS ORDERED THAT: (1) the Report and Recommendation is approved and adopted; (2) Judgment be entered denying the Petition and dismissing this action with prejudice; and (3) the Clerk serve copies of this Order and the Judgment on the parties.

///

Additionally, for the reasons stated in the Report and Recommendation, the Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253; Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003). Thus, the Court declines to issue a certificate of appealability.

DATED: March 18, 2011

_____
HON. GEORGE H. KING
UNITED STATES DISTRICT JUDGE